# DIVISION OF POLICE

## Intra-Divisional

## November 11, 2016

**To:** Chief Kimberley K. Jacobs #5000, Chief of Police

**From:** Lieutenant Edward P. Hasson #5084, L-5-A

**Subject:** 2016 614 Protest- After Action Report

---

Ma'am:

This report will include assessments of the event, staffing costs, and a copy of the Incident Action Plan.

### Overview

The protest/march had approximately 300 to 400 attendees and we had expected over 2000 attendees. I did not meet with the group prior to them marching for two reasons: First, because Officer Dickinson advised me "Aramis" was involved and they wouldn't talk with him. Second, After an extended roll call, I did try and contact group but they started marching before I could talk with them. On their own, they crossed Goodale Avenue which took a long time so to expedite the march, I ordered we escort them. Additionally, I had coordinated SWAT sniper over watch along the route, so I felt comfortable doing the escort. The march for the most part was law abiding with only a few problems of marchers getting into the street. The march stopped at the Statehouse for a little while and then continued to the Courthouse. Along the route, Sergeant Sheehan had been in contact with an unknown male who appeared to be a leader of the protest/march (He is a male black and had on a black Ohio State hat).

Once, at High/Mound the group did a "die in" and blocked High Street. The bikes formed a bike barricade on each side of the protest group to create a tunnel and then then the horses were in position to the rear or east side of protest to conduct a rear push, westbound with egress onto Courthouse property. After a few minutes, the group's leader(s) appeared to lose control of the group. I told Sergeant Sheehan we were going to move the group off of High Street if they didn't move themselves, using the Bikes and Horses and to let our personnel know. After giving the group several minutes, I executed the move and the horses and bikes moved the group off of High Street. After, a few minutes the group still occupied part of High Street so Sgt. Forsythe conducted another move and moved the group completely out of High Street. The bikes and horses worked together remarkably well and because of this successful move I did not have to deploy RIOT munitions and only one officer used individual mace. After a few minutes the group calmed down and we virtually had no more problems with the group for the remainder.

### Disturbances / Arrests

One summons was issued for Disorderly Conduct-Hindering –M4. City ID #75122B

### Use of Force

Three Bicycle officers had Level 1 Uses of Force while conducting a Bike Barricade, using their Bicycles to push citizens toward the egress point. One officer had a Level 2 Use of Force when he used individual mace to disperse the combative crowd directly in front of him. The Level 1 Use of Force reports were forwarded directly to I.A.B. and the Level 2 Use of Force report was forwarded through the Zone 5 C.O.C. I have attached copies of those reports.

### Staffing Levels

Staffing levels were adequate and I recommend no change for this type of protest/march. Depending on threat intelligence reports relating to the rally group we would have to increase our staffing levels.

### Areas to Maintain

The Horses and Bicycles performed flawlessly in unison. They executed the orders to open the street remarkably, safely and performed as they were taught in training. Because they performed so well, we did not have to escalate to RIOT Munitions in order to control the hostile crowd.

### Areas to Improve

The bike barricade with tunnel and horses to the rear was text book. However, when we moved the horses for the westbound push, the bike barricade did not collapse and there were stragglers behind the horses. In the future, the bikes should slightly collapse into a horseshoe formation with egress only to the one point for protestors and the closed part of horseshoe protected by us.

When the horses move into the crowd to push the crowd, the linebackers move to sides/rear of horses with Mark IX's for security.

We had an arrest team go into the crowd to make an arrest pass the horses and then un-arrest do to crowd hostility. These potential arrests need to be communicated to a squad leader and then to me by squad leader so we can make a coordinated arrest execution. Officers should not be acting independently.

Plain Clothes officers need to have an easily identifiable marking.

### Staffing Costs

It cost the Division approximately $13,482.92 to staff the protest with on-duty personnel and $1,622.36 with overtime personnel; totaling $15,105.28.

## Summary and Recommendations

The protest/march was a very successful event because of the professionalism our personnel displayed. Our personnel flawlessly executed orders, which greatly contributed to a very successful operation. The number of DMW personnel, Bicycles, Mounted Unit, SWAT and Plain Clothes officers we staffed the protest with ensured a safe environment for officers, protesters and citizens in the area. I recommend no changes to the I.A.P.

Respectfully submitted,

Lieutenant Edward P. Hasson #5084, L-5-A

Attachments:   Incident Action Plan
Copies of Use of Force reports (Hilsheimer, Farr, Lemak, Francis and Teiga)
L-5 camera Video