**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ELLEN ABDUR-RAHIM, et al. | : | |
| | | Case No.  2:17-cv-601 |
| Plaintiffs, | : | |
| | | Judge Sargus |
| v. | : | |
| | | |
| CITY OF COLUMBUS,  et al. | : | Magistrate Judge Vascura |
| | | |
| Defendants. | : | |

<u>**NOTICE OF APPEAL**</u>

Notice is hereby given that Defendant Officer Justin Masters hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order entered in this action on the 3rd day of December 2019, in which he was denied qualified immunity.

Respectfully submitted,

CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY

<u>s/Paula J. Lloyd</u>
Paula J. Lloyd (0033419)
Michael R. Halloran (0089093)
Assistant City Attorneys
77 N. Front Street
Columbus, Ohio 43215
(614) 645-0808
pjlloyd@columbus.gov
mrhalloran@columbus.gov

Attorneys for Defendants

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appeal was served on Plaintiffs' counsel Freda J. Levenson and Elizabeth Bonham, ACLU of Ohio Foundation, Inc., 4506 Chester Avenue, Cleveland, Ohio 44103 by electronic filing this 18th day of December 2019.

s/Paula J. Lloyd
Paula J. Lloyd