# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ELLEN ABDUR-RAHIM,**

        **Plaintiff,**           **Case No.: 2:17-cv-601**
                               **Judge Edmund A. Sargus, Jr.**

    v.

**CITY OF COLUMBUS, *et al*.,**

        **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Continue the Trial Date. (ECF No. 87.)  The Court **GRANTS** the parties' joint motion. The current trial deadlines are hereby **VACATED**.  This matter will be set for a Telephone Status Conference on January 13, 2021 at 10:00 a.m. to discuss a new trial date.

    **IT IS SO ORDERED.**

**11/19/2020**                                             **s/Edmund A. Sargus, Jr.**
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                              **UNITED STATES DISTRICT JUDGE**