# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ELLEN ABDUR-RAHIM,**

        **Plaintiff,**         Case No. 2:17-cv-601
                              Judge Edmund A. Sargus, Jr.

   v.

**CITY OF COLUMBUS,** *et al.*,

        **Defendants.**

## ORDER

This matter was before the Court for a telephone status conference on February 10, 2021 at 10:00 a.m.  The parties were represented by counsel and agreed to the following deadlines: (1) motions in limine are due no later than March 24, 2021; and (2) proposed questions that the parties would like to ask during voir dire are due no later than March 24, 2021.  A party's motion in limine and memorandum in support shall not exceed a total of 10 pages in length.  Each party may file a memorandum in opposition not to exceed a total of 10 pages.  Memoranda in opposition are due no later than April 7, 2021.  The Court will not accept any reply memoranda.

This matter will be set for a telephone status conference on March 10, 2021 at 9:30 a.m. to discuss a new trial date.

**IT IS SO ORDERED.**

2/10/2021                                                s/Edmund A. Sargus, Jr.
**DATE**                                                    **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**