## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ELLEN ABDUR-RAHIM, et al.,**

                **Plaintiffs,**

**v.**

**CITY OF COLUMBUS, et al.,**

                **Defendants.**

      **Case No. 2:17-cv-601**

      **Judge Edmund A. Sargus, Jr.**

## TELEPHONE NOTICE

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard      **March 25, 2021 at 11:00 a.m.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **Telephone Status Conference**

**TAKE NOTICE** that a Telephone Status Conference will be held before the Honorable Edmund A. Sargus, Jr. on **March 25, 2021 11:00 a.m.** The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code **0601.**

                                          **EDMUND A. SARGUS, JR.**
                                          **UNITED STATES DISTRICT JUDGE**

DATE:  March 10, 2021

                                         /s /   Christin M. Werner
                                        (By) Christin M. Werner, Deputy Clerk