# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**ELLEN ABDUR-RAHIM,**

        **Plaintiff,**

    v.

**CITY OF COLUMBUS,** *et al.***,**

        **Defendants.**

Case No. 2:17-cv-601
Judge Edmund A. Sargus, Jr.

## ORDER

This matter was before the Court for a telephone status conference on March 25, 2021 to discuss a trial date. The Court did not set a trial date because the parties are considering settlement. The parties shall notify the Court if the parties settle.

    **IT IS SO ORDERED.**

**3/26/2021**                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                                 **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**