## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

ELLEN ABDUR-RAHIM, *et al.*,

Plaintiffs,

v.

THE CITY OF COLUMBUS, *et al.*,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:17-cv-00601

Judge: Edmund Sargus

Magistrate Judge: Chelsey Vascura

---

### JOINT NOTICE THAT THE PARTIES HAVE REACHED AN AGREEMENT AND THE CASE SHOULD NOT BE SET FOR TRIAL

---

At the Court's March 25, 2021 status conference, the parties informed the Court that they were considering settlement and as a result this Court did not set a trial date in the case. *See* ECF No. 105. The Court ordered the parties to notify the Court if they reached an agreement. *Id.* The parties hereby notify the Court that they have reached an agreement in principle and are working to formalize it. The parties intend to file the settlement agreement and a stipulated notice of dismissal as soon as possible. In the meantime the parties respectfully request that no trial date be set and that all pretrial deadlines be suspended.

Respectfully Submitted,

*/s/ Elizabeth Bonham*
Elizabeth Bonham (0093733)
Freda Levenson (0045916)
ACLU of Ohio
4506 Chester Ave.
Cleveland, OH 44103
Tel: (614) 469-3200
Fax: (614) 469-3361
ebonham@acluohio.org
flevenson@acluohio.org

1

David Carey (0088787)
ACLU of Ohio Foundation
1108 City Park Avenue
Columbus, OH 43206
Tel: (614) 586-1972
Fax: (614) 586-1974
dcarey@acluohio.org

Attorneys for Plaintiff


Respectfully Submitted,

/s/ *Michael R. Halloran*

Michael R. Halloran (0089093)
Andria C. Noble (0086365)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front St., 4th Floor
Columbus, Ohio 43215
Ph: 614.645.7385/Fx: 614.645.6949
mrhalloran@columbus.gov
acnoble@columbus.gov
*Attorneys for Columbus Defendants*


**CERTIFICATE OF SERVICE**

I certify that on April 1, 2021, I filed the foregoing electronically. Notice of this filing

will be sent to all parties for whom counsel has entered an appearance by operation of the

Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Elizabeth Bonham*
Elizabeth Bonham (0093733)
Attorney for Plaintiff